COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, | § § | No. 08-22-00112-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| CLAUDIA OAXACA, Individually and as Independent Executor of the Estate of JUAN R. OAXACA, | § § | of El Paso County, Texas (TC# 2018DCV0531) |
| Appellee. | § § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF JUNE, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.